# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRILL ST. ROMAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-8385** |
| **BISSON & SONS INC.** | **SECTION "H"** |

## ORDER

Before the Court is Plaintiff's Motion to Strike Defendant's Psychologist Dr. Kevin Greve as a Witness (Doc. 120) and Defendant's opposition thereto (Doc. 125).

Plaintiff moves this Court to exclude Defendant's retained clinical and neuropsychologist, Dr. Greve, as a witness in light of Defendant's failure to produce his report. The delay in Defendant's production of Dr. Greve's report is, however, a situation of Plaintiff's own making, due in large part to Plaintiff's ever-changing theory of liability and rush to trial.

At a status conference held on February 14, 2019, this Court gave Plaintiff relief to submit the expert report of his own neuropsychologist after the expert report deadline because her evaluation was not scheduled until after that deadline. It also indicated that it would grant Defendant relief in responding with the report of its neuropsychologist. Although it appears that Plaintiff did submit a report, he quickly indicated that an amended report was forthcoming. Plaintiff has not yet produced the final report of its

neuropsychologist to Defendant. In every scheduling order adopted by this Section, the Plaintiff is required to produce expert reports first. This rule will not change today.

Accordingly;

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall produce his final neuropsychologist expert report by May 23, 2019. Defendant shall thereafter produce the report of Dr. Greve by May 28, 2019. These dates shall remain set regardless of any continuance of the trial date.

New Orleans, Louisiana this 20th day of May, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**